IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MADELINE MENDOZA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 23CV2441 |
| REYNALDO GUEVARA, et al | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF MOTION**

To: All Attorneys of record

On October 9, 2025, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kim or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1019 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Defendants' Motion for Extension of Time to Complete Deposition of Kimberly Foxx and for Briefing Schedule on Any Motion for Protective Order.

| | |
|---|---|
| Name: | BORKAN & SCAHILL, LTD. |
| Attorney for: | Defendant, Guevara |
| Address: | 20 South Clark, Suite 1700 |
| City: | Chicago, IL 60603 |
| Telephone: | (312) 580-1030 |
| Atty No: | SBB (6193463) |
| | TPS (6287296) |

**PROOF OF SERVICE BY CM/ECF**

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on September 30, 2025.

By: s/ Timothy P. Scahill
Timothy P. Scahill
Special Assistant Corporation Counsel