**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Madeline Mendoza, et al.

                    Plaintiff,

v.                                                    Case No.: 1:23–cv–02441
                                                      Honorable Thomas M. Durkin

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

        MINUTE entry before the Honorable Young B. Kim: At Defendants' request, the status hearing scheduled for May 28, 2026, at 2:00 p.m. is rescheduled for 9:00 a.m. by phone. Parties are to note the time change and use the same call–in information. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.