**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MADELINE MENDOZA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No. 23-cv-2441 |
| -vs- | ) | |
| | ) | *(Judge Durkin)* |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | *(Magistrate Judge Kim)* |
| *Defendants*. | ) | |
| MARILYN MULERO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No. 23-cv-4795 |
| -vs- | ) | |
| | ) | *(Judge Durkin)* |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | *(Magistrate Judge Kim)* |
| *Defendants*. | ) | |

**JOINT STATUS REPORT**

The parties, by counsel, submit this joint status pursuant to the Court's Order of June 11, 2026:

As directed by this Court, (Doc. 190), the parties have been actively conferring about 404(b) discovery issues and respectfully request an additional 14 days to attempt to resolve their disputes without court intervention.

Respectfully submitted,

[Signatures on following page]

/s/ Carter Grant
Steven A. Hart
Brian Eldridge
Carter Grant
John Marrese
Hart McLaughlin & Eldridge, LLC
One South Dearborn St, Ste 1400
Chicago, Illinois 60603
(312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com

Antonio M. Romanucci
Bhavani Raveendran
Sam Harton
Patrick Driscoll
Romanucci & Blandin, LLC
321 N. Clark Street, Ste 900
Chicago, Illinois 60654
(312) 458-1000
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net
PDriscoll@rblaw.net
*Attorneys for Plaintiff Mulero*

/s/ Joel A. Flaxman
Joel A. Flaxman
Kenneth N. Flaxman
Inaara Tajuddin
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com
*Attorneys for Plaintiff Mendoza*

/s/ Timothy Scahill
TIMOTHY SCAHILL
*One of the Attorneys for Defendant Guevara*
Steven B. Borkan
Timothy Scahill
Emily E. Schnidt
Whitney Hutchinson
Andrea Checkai
Borkan & Scahill, Ltd
20 S. Clark Street, Suite 1700
Chicago, IL 60603
Tel:(312)580-1030

/s/ Catherine Barber
CATHERINE BARBER
*One of the Attorneys for Defendant City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Lauren Ferrise
Sabrina Blatchford
Jacob Karaca
Martin McManaman
Rock Fusco & Connelly
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
Tel:(312)494-1000

/s/ John Timbo
JOHN TIMBO
*One of the Attorneys for Riccio, Gawrys, and Havlorsen*
James G. Sotos
Josh M. Engquist
John Timbo
George Yamin
The Sotos Law Firm, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
Tel:(630)735-3300