# Exhibit 2

**DRAFT**

## Instruction No. 26

You have heard evidence that Plaintiff Jaime Rios was awarded a Certificate of Innocence in the State court. You may consider the Certificate of Innocence only for the purpose of deciding whether the plaintiff has met his burden of proof with respect to his malicious prosecution claim.

The State court's decision to issue a Certificate of Innocence is not binding on you in this case. The State court may not have had the same evidence before it that has been presented to you in this case. You have listened to and heard all the evidence in this case and are to decide this case, including, to the extent necessary, the plaintiff's innocence or guilt with respect to the underlying criminal case, based on the evidence you heard in this case and this case alone.

Further, the State court decided different issues than those before you when issuing the Certificate of Innocence. The State court was not asked nor did it decide the issue of whether the plaintiff's constitutional rights were violated or whether the defendants engaged in any misconduct under state or federal law. The State court was not asked nor did it decide the issues of whether the plaintiff's confession was false, fabricated, or coerced; whether Defendant Reynaldo Guevara fabricated or concealed any evidence; or whether Defendant Reynaldo Guevara maliciously prosecuted the plaintiff. These are issues for you alone to decide.